LAURIE A. TRAKTMAN (SBN 165588)
**GILBERT & SACKMAN**, A Law Corporation
3699 Wilshire Boulevard, Suite 1200
Los Angeles, California 90010-2732
(323) 938-3000; Fax: (323) 937-9139
email: lat@gslaw.org

Attorneys for Plaintiffs

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN - 3 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

JS6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS' PENSION PLAN OF SOUTHERN CALIFORNIA, ARIZONA AND NEVADA; BOARD OF TRUSTEES OF THE SHEET METAL WORKERS' HEALTH PLAN OF SOUTHERN CALIFORNIA, ARIZONA AND NEVADA; BOARD OF TRUSTEES OF THE SHEET METAL WORKERS' SAVINGS PLAN OF SOUTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE SOUTHERN CALIFORNIA SHEET METAL JOINT APPRENTICESHIP AND TRAINING COMMITTEE; BOARD OF TRUSTEES OF THE SHEET METAL WORKERS' LOCAL 105 RETIREE HEALTH PLAN; BOARD OF TRUSTEES OF THE SOUTHERN CALIFORNIA SHEET METAL WORKERS' 401(A) PLAN; BOARD OF TRUSTEES OF THE SHEET METAL WORKERS' INTERNATIONAL ASSOCIATION, LOCAL UNION NO. 105 UNION DUES CHECK-OFF FUND; AND BOARD OF TRUSTEES OF THE SHEET METAL INDUSTRY FUND OF LOS ANGELES, Plaintiffs, <br><br> v. <br><br> GUY ADAMS, an individual and doing business as ACCURATE ENERGY DESIGNS, Defendants, <br><br> Defendants. | Case No. SACV 09-0094 AG (MLGx) <br><br> [PROPOSED] ORDER ON STIPULATION FOR JUDGMENT |

Pursuant to the Stipulation between Plaintiffs, Board of Trustees of the Sheet Metal Workers' Pension Plan of Southern California, Arizona and Nevada; Board of Trustees of the Sheet Metal Workers' Health Plan of Southern California, Arizona and Nevada; Board of Trustees of the Sheet Metal Workers' Savings Plan of Southern California; Board of Trustees of the Southern California Sheet Metal Joint Apprenticeship and Training Committee; Board of Trustees of the Sheet Metal Workers' Local 105 Retiree Health Plan; Board of Trustees of the Southern California Sheet Metal Workers' 401(a) Plan; Board of Trustees of the Sheet Metal Workers' International Association, Local Union No. 105 Union Dues Check-Off Fund; and Board of Trustees of the Sheet Metal Industry Fund of Los Angeles (collectively, the "Plans" or the "Sheet Metal Workers' Trust Funds"), and defendant, GUY ADAMS, an individual and doing business as ACCURATE ENERGY DESIGNS, ("Adams"), the Court has considered the matter fully and concluded that good cause exists to approve the parties' Stipulation in its entirety.

Accordingly, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** as follows:

1.  Adams is indebted to the Plans in the amount of $16,432.48. Said amount is comprised of contributions in the amount of $8,409.60 for the delinquent work months of September 2007, October 2007 and November 2007; liquidated damages in the amount of $1,681.92 the delinquent work months of September 2007, October 2007 and November 2007; interest at 10% per annum in the amount of $840.96; reimbursement of plaintiffs' reasonable attorney fees ($5,000.00), and reimbursement of plaintiffs' recoverable costs of suit ($500).

2.  Judgment may be entered in this case in favor of the Plans and against Guy Adams in the amount of $16,432.48 in delinquent employee benefit plan contributions,

1

liquidated damages, attorney fees and costs, together with post-judgment interest thereon at the rate of 10% per annum as of the date of the Judgment.

3.  Adams may satisfy the judgment by paying a total of $10,091.53. Specifically, Adams shall pay the $10,091.53 for the delinquent work months of September 2007 through November 2007, and $1,681.92 in liquidated damages accrued on delinquent contributions through November 2007 by making installments pursuant to the following installment plan: Eleven installments each in the amount of $850.00 shall be made on the 15th day of each consecutive month for eleven months beginning on April 15, 2009 and ending on February 15, 2010 with a twelfth final installment in the amount of $741.53 due on March 15, 2010.  And all subsequent contributions for all subsequent work months will be paid timely and no later than the 20th day of each successive work month. There will be an eye towards lessening the amount of liquidated damages assessed in this paragraph if Adams remains in compliance with the terms of this Stipulation and pays timely for the duration of the Stipulation.  Each and every installment payment must be made by fully negotiable check or cashier's check payable to the "Sheet Metal Workers Trust Funds," and must be received on the due dates stated above in the offices of the Sheet Metal Benefit Plan Administrative Corp., attention Tasi Hernandez, 111 N. Sepulveda Blvd., Ste. 100, Manhattan Beach, California 90266.

4.  In the event Adams fails to comply with any of the provisions set forth in paragraphs 5 or 8 above, or any other provision of this Stipulation, the entire amount of the judgment, less any payments actually received at the time of such default, shall become immediately due and payable to the Plans from Adams, plus interest on such unpaid amounts at the annual rate of ten percent.

///

5. This Court may retain jurisdiction over this matter through March 2010, to enforce the terms of any judgment entered hereunder, to order appropriate injunctive and equitable relief, to make appropriate orders of contempt, and to increase the amount of judgment based upon additional sums owed to the Plans by Adams. Supplemental judgments may be entered in this action against Adams and in favor of the Plans for such sums as may be determined by the Plans and established upon application to the Court by declaration and noticed motion. *[handwritten: With all of this Paragraph 5 being applicable only if such is consistent with the finality of this judgment.]*

6. The Plans shall have the right, upon twenty (20) days reasonable request made in writing, to audit or examine any books or records relating to the financial condition of the Company to ensure compliance with the terms of this Stipulation.

7. In the event any litigation becomes necessary to enforce any term or terms of this Stipulation, the prevailing party or parties shall be awarded and shall recover all reasonable attorneys' fees and costs of suit.

*[handwritten: Default entered 3/31/09 is set aside.]*

**IT IS SO ORDERED.**

Date: JUNE 2, 2009

_____
Hon. Andrew Guilford

3